1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINH DEGUZMAN,                              )
                                           )
                    Plaintiff,             )     Case No. C09-1533-RSM
                                           )
          v.                               )     **ORDER REVERSING AND**
                                           )     **REMANDING CASE FOR**
MICHAEL ASTRUE, Commissioner of the        )     **FURTHER ADMINISTRATIVE**
Social Security Administration,            )     **PROCEEDINGS**
                                           )
                    Defendant.             )
_____)

11    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the

12  Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

13  Judge, and the balance of the record, does hereby find and **ORDER**:

14          (1)    The Court adopts the Report and Recommendation.

15          (2)    The final decision of the Commissioner is **REVERSED** and the case is

16                 **REMANDED** to the Social Security Administration for further administrative

17                 proceedings consistent with the Report and Recommendation.

18          (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

19                 Tsuchida.

20  DATED this 1st day of April, 2010.

21

22

23
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER - 1